**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **FULTON BANK, N.A.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No.** _____ |
| | ) | |
| **VISION PROPERTY HOLDINGS LLC,** | ) | |
| **VISION MOTORS, INC.,** | ) | |
| **VISION SERVICE CENTER, INC.,** | ) | |
| **GREEN LIGHT CONSULTING CORP.,** | ) | |
| **JASON J. BROWN, and** | ) | |
| **NUVIA H. GOMEZ** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## VERIFIED COMPLAINT

Plaintiff Fulton Bank N.A. ("Bank"), by and through its undersigned counsel, as and for its Verified Complaint against defendants Vision Property Holdings LLC, Vision Motors, Inc., Vision Service Center, Inc., Green Light Consulting Corp., (collectively, "Borrowers"), and Jason J. Brown and Nuvia H. Gomez (collectively, "Guarantors") alleges as follows:

## NATURE OF ACTION, PARTIES AND VENUE

1.      This action is brought by Fulton Bank to recover the balance due under the terms of a promissory note and two guarantee agreements.  The Borrowers and Guarantors are in default under the terms of the note and guarantees as a result of their failure to pay the Bank in accordance with the terms of the note, the last payment on which was received by the Bank on or about April 30, 2026.

1

2.      Fulton Bank is a national banking association with its principal place of business at One Penn Square, Lancaster, Pennsylvania 17602.  Fulton Bank is headquartered in Lancaster, Pennsylvania.

3.      Vision Property Holdings LLC ("Vision Property Holding") is a Virginia limited liability company with a principal place of business at 9145 Centreville Road, Manassas, Virginia 20110.  Upon information and belief, the only member of Vision Property Holdings is Jason J. Brown ("Brown"), who is a citizen of and domiciled in Virginia.

4.      Vision Motors, Inc. ("Vision Motors") is a stock corporation organized under the laws of the Commonwealth of Virginia, with a principal place of business at 9145 Centreville Road, Manassas, Virginia 20110.

5.      Vision Service Center, Inc. ("Vision Service") is a stock corporation organized under the laws of the Commonwealth of Virginia, with a principal place of business at 9145 Centreville Road, Manassas, Virginia 20110.

6.      Green Light Consulting Corp. ("Green Light") is a stock corporation organized under the laws of the Commonwealth of Virginia, with a principal place of business at 17139 Belle Isle Drive, Dumfries, Virginia, 22026.  (Vision Property Holdings, Vision Motors, Vision Service, and Green Light may be collectively referred to herein as "Borrowers.")

7.      Brown is an adult individual who is a citizen of and domiciled in Virginia.

8.      Nuvia Gomez ("Gomez") is an adult individual who is a citizen of and domiciled in Virginia.

9.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because diversity of citizenship exists between the parties and the matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00).

10.     This Court has personal jurisdiction over Defendants and venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because the events giving rise to the claims asserted herein occurred in this district.

## FACTUAL BACKGROUND

11.     On or about July 13, 2023, the Bank, as lender, entered into Loan No. ████9001 with Borrowers in the original principal amount of $4,340,000.00 (the "Loan")[1].  The Loan is memorialized by, *inter alia*, a Note between Fulton Bank and Borrowers (the "Note"), a copy of which is attached to this pleading as **Exhibit 1** and is incorporated herein by reference.

12.     The Loan is secured by a duly recorded Deed of Trust, dated July 13, 2023 (the "Vision Property Deed of Trust"), pursuant to which Vision Property Holdings pledged certain real property in the City of Manassas, Virginia commonly known as 9145 Centreville Road, Manassas, Virginia 20110, and more particularly described therein.  A true and correct copy of the Vision Property Deed of Trust is attached hereto as **Exhibit 2** and is incorporated herein by reference.

13.     The Loan is also secured by a duly recorded Deed of Trust, dated July 13, 2023 (the "Belle Isle Deed of Trust"), pursuant to which Brown and Gomez pledged certain real property in the County of Prince William, Virginia commonly known as 17139 Bell Isle Drive, Dumfries, Virginia 22026, and more particularly described therein.  A true and correct copy of the Belle Isle Deed of Trust is attached hereto as **Exhibit 3** and is incorporated herein by reference.

14.     As an inducement to Fulton Bank to make the Loan, the Borrowers executed and delivered to the Bank a Security Agreement – Commercial, dated July 13, 2023 (the "Security Agreement"), pursuant to which they granted to the Bank a security interest in certain property

---

[1] The Loan is also sometimes referred to as SBA Loan No. ████9103.

more particularly described therein, including, but not limited to, all accounts, inventory, equipment, furniture, fixtures and other tangible property, general intangibles, chattel paper, and instruments.  A true and correct copy of the Security Agreement is attached hereto as **Exhibit 4** and is incorporated herein by reference.

15.     As an inducement to Fulton Bank to make the Loan, Brown executed and delivered to the Bank an Unconditional Guarantee dated July 13, 2023 (the "Brown Guarantee"), pursuant to which he absolutely and unconditionally guaranteed repayment of all sums due on the Loan.  A true and correct copy of the Brown Guarantee is attached hereto as **Exhibit 5** and is incorporated herein by reference.

16.     As an inducement to Fulton Bank to make the Loan, Gomez executed and delivered to the Bank an Unconditional Limited Guarantee dated July 13, 2023 (the "Gomez Guarantee"), pursuant to which she absolutely and unconditionally guaranteed repayment of all sums due on the Loan up to the amount the Bank obtains from the sale of the real property that is the subject of the Belle Isle Deed of Trust.  A true and correct copy of the Gomez Guarantee is attached hereto as **Exhibit 6** and is incorporated herein by reference.

17.     On or about February 25, 2024, the parties entered into that certain Allonge to SBA Note (the "Allonge") by which the principal balance of the Note was reduced to $4,215,000.00 and the monthly payments were adjusted accordingly. A true and correct copy of the Allonge is attached hereto as **Exhibit 7** and is incorporated herein by reference.

18.     Fulton Bank is the owner and holder of the Note as the same has been modified by the Allonge.

19.     Under Section 4 of the Note, it is a default under the Note, *inter alia*, "if Borrower does not make a payment when due under this Note."

4

20.     Borrowers defaulted on the Note by failing to make the monthly payments required thereunder on July 1, 2025, August 1, 2025, and September 1, 2025.

21.     On or about September 5, 2025, Fulton Bank sent a letter to the Borrowers and Guarantors (the "Demand Letter") advising them of the Borrowers' default under the terms of the Note and demanding payment of all past due amounts within ten days of the date of the Demand Letter.  A true and correct copy of the Demand Letter is attached hereto as **Exhibit 8** and is incorporated herein by reference.

22.     Borrowers and Guarantors failed to make the required payment within ten days of the date of the Demand Letter.

23.     On or about September 17, 2025, Fulton Bank sent a letter to the Borrowers and Guarantors (the "Acceleration Letter") advising them of the acceleration of all amounts due under the terms of the Note and related loan documents and demanding payment of all outstanding principal, interest, and late charges in the amount of $4,325,751.90, plus interest as provided under the Note and attorneys' fees, costs, and expenses incurred in connection with the collection of the Loan, in accordance with the terms of the Note and related loan documents.  A true and correct copy of the Acceleration Letter is attached hereto as **Exhibit 9** and is incorporated herein by reference.

24.     On or about December 19, 2025, Borrowers paid Fulton Bank $275,333.00, representing past due principal, interest, and late charges on the Loan through December 1, 2025.

25.     Thereafter, Borrowers did not make the monthly Note payment due on January 1, 2026.

26.     Borrowers did not make the monthly Note payment due on February 1, 2026.

27. On or about February 13, 2026, Borrowers made a payment in the amount of $40,000.00.

28. On or about February 18, 2026, Borrowers made a payment in the amount of $40,000.00.

29. Borrowers did not make the monthly Note payment due on March 1, 2026.

30. On or about March 17, 2026, Borrowers made a payment in the amount of $40,000.00.

31. Borrowers did not make the monthly Note payment due on April 1, 2026.

32. On or about April 30, 2026, Borrowers made a payment in the amount of $40,000.00.

33. Borrowers did not make the monthly Note payment due on May 1, 2026.

34. Borrowers did not make the monthly Note payment due on June 1, 2026.

35. Borrowers did not make the monthly Note payment due on July 1, 2026.

36. Borrowers have not made any payments on the Note since the payment on or about April 30, 2026.

37. Borrowers are in default under the terms of the Note and related loan documents as a result of Borrowers' repeated failures to make the monthly payments due under the terms of the Note.

38. As of July 24, 2026, the amount due on the Loan totals $4,253,699.68. Interest continues to accrue on the Loan at the *per diem* rate of $1,066.12.

39. The Bank has also incurred attorneys' fees, costs, and expenses to collect the outstanding balance due on the Note, which amounts are recoverable under the terms of the Note and related loan documents.

## COUNT I
### (Breach of Contract)

40.     The allegations set forth in paragraphs 1 through 349 above are incorporated herein by reference as if set forth in full here.

41.     The Note is a valid and enforceable contract.

42.     Pursuant to the terms of the Note, Borrowers were required to repay the Loan to Fulton Bank in accordance with the terms of the Note.

43.     The Brown Guarantee is a valid and enforceable contract.

44.     Pursuant to the terms of the Brown Guarantee, Brown is jointly and severally liable with Borrowers and Gomez for repayment of the Loan.

45.     The Gomez Guarantee is a valid and enforceable contract.

46.     Pursuant to the terms of the Gomez Guarantee, Gomez is jointly and severally liable with Borrowers and Brown for repayment of the Loan up to the amount the Bank obtains from the sale of the real property that is the subject of the Belle Isle Deed of Trust.

47.     Despite demand, Borrowers and Guarantors have failed and refused to repay the Loan evidenced by the Note and secured by the Guarantees.

48.     As a result of the foregoing material breaches of the Note, Brown Guarantee, and Gomez Guarantee, Fulton Bank has been damaged in the amount of at least $4,253,699.68, plus interest accruing at the *per diem* rate of $1,066.12 from July 24, 2026, until the Loan is repaid in full, plus reasonable attorneys' fees, costs, and expenses incurred in collecting all amounts due on the Loan.

49.     Upon information and belief, none of the defendants is in military service as defined by the Servicemembers Civil Relief Act of 2003, 50 U.S.C. § 501, *et seq.*

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Fulton Bank, N.A. demands judgment against Vision Property Holdings LLC, Vision Motors, Inc., Vision Service Center, Inc., Green Light Consulting Corp., and Jason J. Brown, jointly and severally, in the amount of at least $4,253,699.68, plus interest accruing at the *per diem* rate of $1,066.12 from July 24, 2026, until the Loan is repaid in full, plus reasonable attorneys' fees, costs, and expenses incurred in collecting all amounts due on the Loan, and against Nuvia H. Gomez, jointly and severally with Borrowers and Brown in the amount of at least $4,253,699.68, plus interest accruing at the *per diem* rate of $1,066.12 from July 24, 2026, until the Loan is repaid in full, plus reasonable attorneys' fees, costs, and expenses incurred in collecting all amounts due on the Loan. as limited by the terms of the Gomez Guarantee, together with such other and further relief as the Court may determine is just and proper.

Dated: July 29, 2026

Respectfully submitted,

**FULTON BANK, N.A.**

By:*/s/  Annemarie DiNardo Cleary*
Annemarie DiNardo Cleary (VSB # 28704)
Christopher L. Perkins (VSB #41783)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Riverfront Plaza – West Tower
901 East Byrd St., Suite 1105
Richmond, VA  23219
Tel:  804.788.7768 | Fax:  804.698.2950
acleary@eckertseamans.com
cperkins@eckertseamans.com

*Attorneys for Plaintiff, Fulton Bank, N.A.*

## **VERIFICATION**

I, Joseph E. Warner, III, Senior Vice President of Fulton Bank, N.A., declare under penalty of perjury the following:

1.  I am an officer of the Plaintiff Fulton Bank, N.A. and am fully familiar with the facts of this matter.

2.  I have read the Verified Complaint and the allegations stated therein are true and correct to my own knowledge, except as to matters stated to be alleged on information and belief, as to which matters I believe them to be true.

Dated: July 29, 2026
       Mount Laurel, New Jersey

                              _Joseph E. Warner, III_
                                Joseph E. Warner, III