A DESTINATION DEALER
VISION MOTORS

JASON BROWN <jb@govisionmotors.com>

## Vision Property Holdings, LLC - Vision Motors, Inc - Vision Service Center, Inc. - Green Light Consulting Corp

**Michael D. Nord** <mnord@gebsmith.com> Mon, Dec 15, 2025 at 4:26 PM
To: JASON BROWN <jb@govisionmotors.com>

Jason, my client is back in her office and requested that I respond to your email. Provided that on or before Friday, December 19, 2025 you: (1) wire transfer the amount of $275,333.00 to Fulton Bank pursuant to the wire instructions set forth below, which amount includes the past due principal, interest and late charges as well as the payment for December, 2025 AND; (2) deliver an active Certificate of Hazard Insurance naming Fulton Bank as loss payee at this address: Fulton Bank, PO Box 2000061, Kennesaw, Georgia 30156-9246, Fulton Bank will waive the default pertaining to the past due payments and re-instate the Loan. The Bank will not waive the late charges as requested and this proposal by the Bank is only valid if the aforementioned payment and the Certificate of Insurance naming Fulton Bank as loss payee are delivered on or before December 19, 2025. Thereafter, the proposal shall be withdrawn and deemed to be null and void. Nothing contained herein shall be deemed or construed to be a waiver of the existing defaults nor an agreement by the Bank to forbear from exercising its rights and remedies.

Wire

**Bank Name: Fulton Bank, N.A.**

**Bank ABA: 031301422**

**Beneficiary Account Number: [redacted]0455**

**Beneficiary Name: Fulton Bank, N.A.**

**Reference: Vision Motors #9001**

[Quoted text hidden]

EXHIBIT
B