3500063556 532 932

Fulton Bank
Loan Operations
P.O. Box 69
East Petersburg, PA 17520



Statement Date: 11/19/25 through 12/21/25
Primary Account: XXXX9001

For information regarding your account, please call Customer Service at 800.385.8664.

Temp Return Service Requested

## Commercial Loan Statement

| Payment Due Date | Amount Due If Paid by Due Date |
|---|---|
| 01/01/2026 | $314,515.48 |
| Additional Payment | $ |
| Total Payment Enclosed | $ |

001312
VISION PROPERTY HOLDINGS LLC
17139 BELLE ISLE DR
DUMFRIES VA 22026-3004

⑆5532⑈5083⑆ 06180924900 1⑈ 083

0-FULT-LOAN-13 20251222
001-002-001312 000129761-2

▲ Please detach and enclose top portion of statement for proper credit. Payment should be remitted to the address shown above. ▲

## COMMERCIAL LOAN — Account XXXX9001

### Account Information

| | |
|---|---|
| Current Balance | $3,904,419.80 |
| Payment Due Date | 01/01/2026 |
| **Minimum Payment** | **$314,515.48** |

### Account Payment Information

| | |
|---|---|
| Interest Paid This Year | $213,449.70 |
| Payment(s) Received This Statement Period | $288,044.03 |
| Last Payment Date | 12/19/2025 |

### Billing Summary

| | |
|---|---|
| Past Due | $235,285.39 |
| Principal Due | 4,453.82 |
| Interest Charge Due | 34,761.33 |
| Escrow Due | 0.00 |
| Insurance Premiums Due | 0.00 |
| Fees Due | 0.00 |
| Late Charges Due | 40,014.94 |
| **Total Amount Due** | **$314,515.48** |

EXHIBIT C

**If the total amount due is not received by 01/11/2026, a late fee of $1,960.76 will be assessed.**

### Loan Activity

| Post Date | Eff. Date | Description | Transaction Amount | Interest Rate | Principal | Interest | Escrow | Other | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/02 | 11/28 | Payment - Thank You Treasury Check | 12,711.03 | 10.25000 | 12,711.03 | 0.00 | 0.00 | 0.00 | 4,167,041.77 |
| 12/02 | 11/28 | Payment Reversal | 12,711.03 | 10.25000 | 12,711.03 | 0.00 | 0.00 | 0.00 | 4,179,752.80 |
| 12/19 | 12/19 | Payment - Thank You Wire | 275,333.00 | 10.25000 | 275,333.00 | 0.00 | 0.00 | 0.00 | 3,904,419.80 |
| 12/21 | | Ending Principal Balance | | | | | | | 3,904,419.80 |

## LOAN PAYMENT OPTIONS.

We realize ensuring your loan payment reaches us on time is important. Here are some convenient options for payment. Enroll in our online banking service at fultonbank.com, make a payment at any financial center, establish an automatic payment from another financial institution or call 1.800.FULTON.4 (1.800.385.8664) and a representative will take your payment for no fee.

Fulton Bank

Loan Operations
P.O. Box 69
East Petersburg, PA 17520



Statement Date: 11/19/25 through 12/21/25
Primary Account: XXXX9001

**Fee Activity**

| Date | Description | Total Amount |
|---|---|---|
| 12/11 | LATE CHARGE ASSESSED | 1,960.76 |

0-FULT-LOAN-13 20251222
002-002-001312 0001297761-2