LAW OFFICES
GEBHARDT & SMITH LLP
SUITE 2200
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3281
TELEPHONE: (410) 752-5830
FACSIMILE: (410) 385-5119

VIRGINIA OFFICE:
8000 TOWERS CRESCENT DRIVE, SUITE 1350
VIENNA, VIRGINIA 22182
TELEPHONE: (703) 903-1686

DELAWARE OFFICE:
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801
TELEPHONE: (302) 295-5028

WRITER'S DIRECT DIAL NUMBER:

February 11, 2026

**VIA FEDERAL EXPRESS**
**AND FIRST-CLASS MAIL**

Vision Property Holdings, LLC
Vision Motors, Inc.
Vision Service Center, Inc.
Green Light Consulting Corp.
9145 Centreville Road
Manassas, Virginia 20110

Attn: Jason Brown

Re: $4,215,000.00 commercial loan ("Loan") to Vision Property Holdings, LLC, Vision Motors, Inc., Vision Service Center, Inc. and Green Light Consulting Corp. ("Borrowers") from Fulton Bank, N.A. ("Lender")
Our File No.: 37658

Dear Mr. Brown:

As you know, I have been retained to represent the Lender in connection with the above-referenced Loan and the various loan documents related thereto and executed in connection therewith ("Loan Documents"). All indebtedness owed thereunder is absolutely and unconditionally guaranteed by you pursuant to a Guarantee Agreement executed by you and is also guaranteed by Novia H. Gomez, whose guarantee is limited to the collateral generally know as 17139 Belle Isle Drive, Dumfries, Virginia 22026 ("Belle Isle Property"). Ms. Gomez and you are collectively referred to as the "Guarantors." The Loan is also secured by that certain real property owned by Vision Property Holdings, LLC and generally known as 9145 Centreville Road, Manassas, Virginia 20110 ("Centreville Property").

Pursuant to the Lender's records, the Borrower is in default under the Loan Documents for failing to make January 1, 2026, or February 1, 2026, monthly payments as required. As a

EXHIBIT
E

result of this default, the Lender, in accordance with the terms and conditions of the Loan Documents, has declared a default, accelerated and hereby demands immediate payment of all indebtedness owed thereunder.

As of February 10, 2026, the outstanding principal, interest and late charge balance owed under the Loan Documents is **$4,225,633.74** consisting of an unpaid principal balance of **$3,904,419.80**, accrued and unpaid interest in the amount of **$279,238.24** and late charges in the amount of **$41,975.70**. In addition, since the Loan has been referred to an attorney for collection, the Obligors are also liable for all attorneys' fees, costs and expenses incurred in connection with the collection of the Loan. Interest continues to accrue on the unpaid principal balance at the rate set forth in the Loan Documents.

By way of this letter, Lender hereby demands immediate payment of all indebtedness owed under the Loan Documents in immediately available funds. Payment should be made to Fulton Bank, N.A. Attn: Pamela Hartman, Fulton Bank, N.A., One Penn Square, 6th Floor, Lancaster, Pennsylvania 17602. If the Lender does not receive immediate payment of all indebtedness owed under the Loan Documents, in immediately available funds, the Lender may exercise its rights and remedies thereunder, including without limitation foreclosing on Centreville Property and the Belle Isle Property and obtaining judgments against the Obligors.

Nothing contained in this letter, nor any action or inaction on the part of the Lender, shall constitute an election of remedies or an agreement to forbear on the part of the Lender, nor shall anything contained herein or any action or inaction on the part of the Lender constitute a waiver of the accelerated and demanded status of the Loan, a waiver of any defaults existing under the Loan Documents or a waiver of any of the Lender's rights, remedies or recourse under the Loan Documents, applicable law or otherwise. Furthermore, the acceptance of partial payments by the Lender under or in connection with the Loan, whether before or after the date of this letter, shall not constitute an election of remedies or an agreement to forbear on the part of the Lender, nor shall the Lender's acceptance of such payments constitute a waiver of the accelerated and demanded status of the Loan, a waiver of any defaults existing under the Loan Documents or a waiver of any of the Lender's rights, remedies or recourse under the Loan Documents, applicable law or otherwise. the Lender, by way of this letter, specifically reserves all rights, remedies and recourse under the Loan Documents, applicable law or otherwise.

Very truly yours,

Michael D. Nord

cc: Virginia Akin, Vice President

cc: VIA Federal Express
Novia H. Gomez
17139 Belle Isle Drive
Dumfries, Virginia 22026