Pinnacle Financial Group

April 20, 2026

**Vision Motors**
Attn: Mr. Jason Brown
9145 Centreville Rd
Manassas, VA 20110

**Re: Line of Credit Renewal, Credit Reduction, and Notice of Default**

Mr. Brown,

We are writing regarding the credit facilities extended by Pinnacle Financial Group, Inc. to Vision Motors, including the revolving line of credit and the additional term loan currently outstanding.

Vision Motors' revolving line of credit, previously authorized in the amount of $5.25 million, was subject to its annual renewal on April 15, 2026. Following PFG's credit review, the line of credit was renewed effective that date with a reduced commitment of $4.5 million, which is currently in effect.

This credit action was taken primarily due to concerns regarding the status of the first-priority mortgage held by Fulton Bank. Based on information available to Pinnacle, the Fulton Bank mortgage appears to remain in default, and the continued existence of this default materially impacts Pinnacle's credit exposure.

A payment was made on your behalf in December 2025 intended to satisfy all outstanding principal, accrued interest, and fees due under the Fulton Bank mortgage so that the senior lien would be fully current. This payment was remitted directly to Fulton Bank based on communications with the bank's legal counsel.

Notwithstanding this payment, the Fulton Bank loan continues to appear as past due, indicating that the payment may not have been properly applied and that the mortgage remains in default. The continued existence of this condition constitutes a default under PFG's loan agreement with Vision Motors.

If this matter is not promptly resolved and Pinnacle does not receive satisfactory written confirmation that the Fulton Bank mortgage has been brought fully current, Pinnacle may be required to take further action. Such action may include, without limitation, the cessation of new business dealings or additional credit extensions, as well as the exercise of any and all rights and remedies available to Pinnacle under the loan documents and applicable law.



EXHIBIT G

Pinnacle Financial Group

These remedies may include, without limitation, the assessment of default-related charges, including default fees and the application of a default rate of interest, as provided for in the loan documents. Accordingly, additional fees and interest may begin to accrue unless and until the default is fully cured.

We strongly encourage you to engage immediately with Fulton Bank to address this issue and to provide written confirmation that the mortgage has been brought fully current. Please contact us promptly to discuss the steps being taken to remediate this matter.

This letter is provided without waiver of any rights or remedies, all of which are expressly reserved.

Sincerely,

Luis M. Segrera
Pinnacle Financial Group, Inc.