FULTON BANK N. A.
P.O. BOX 4887
LANCASTER PA 17604

IMPORTANT TAX RETURN DOCUMENT ENCLOSED
Temp Return Service Requested

FEDERAL ID NUMBER: 23-1928421
DIRECT INQUIRIES TO: (800) 385-8664

7561 1 MB 0.672 30

VISION PROPERTY HOLDINGS LLC
17139 BELLE ISLE DR
DUMFRIES, VA 22026-3004

01-12-2026
PAGE 1

3-FULT-1098-02 260126
00001-00002-007561 001013650

OMB NO. 1545-1380

FORM 1098
FOR CALENDAR YEAR 2025
TAX ID NUMBER
XX-XXX9585

2025 MORTGAGE INTEREST STATEMENT

| | NOTE NUMBER | NOTE DATE | MATURITY DATE | CURRENT INT RATE | YEAR END BALANCE / INTEREST PAID / BEGINNING YEAR BALANCE / ORIGINATION DATE / INTEREST REFUNDED / MORTGAGE INSURANCE / MORTGAGE POINTS | |
|---|---|---|---|---|---|---|
| * | XXXXXXX9001 | 07-13-23 | 10-13-48 | 10.25000 | 3,904,419.80 | |
| | | | | | 213,449.70 | BOX 1 |
| | | | | | 4,202,572.49 | BOX 2 |
| | | | | | 7-13-23 | BOX 3 |
| | | | | | .00 | BOX 4 |
| | | | | | .00 | BOX 5 |
| | | | | | .00 | BOX 6 |

BOX 7 - IS ADDRESS OF PROPERTY SECURING MORTGAGE SAME AS PAYER'S/BORROWER'S ADDRESS?
IF YES, BOX IS CHECKED X
IF NO, SEE BOX 8 BELOW

BOX 8 - ADDRESS OF PROPERTY SECURING MORTGAGE
IF PROPERTY SECURING MORTGAGE HAS NO ADDRESS, BELOW IS THE DESCRIPTION OF THE PROPERTY

BOX 9 - NUMBER OF MORTGAGED PROPERTIES
2

.00 BOX 10
BOX 11

EXHIBIT
H

FULTON BANK N. A.
P.O. BOX 4887
LANCASTER PA 17604

FEDERAL ID NUMBER: 23-1928421
DIRECT INQUIRIES TO: (800) 385-8664

VISION PROPERTY HOLDINGS LLC
17139 BELLE ISLE DR
DUMFRIES VA 22026-3004

01-12-2026
PAGE 2

OMB NO. 1545-1380

FORM 1098
FOR CALENDAR YEAR 2025
TAX ID NUMBER
XX-XXX9585

3-FULT-1098-02 260126
00002-00002-007561 001013650

2025 MORTGAGE INTEREST STATEMENT

| NOTE NUMBER | NOTE DATE | MATURITY DATE | CURRENT INT RATE | YEAR END BALANCE<br>INTEREST PAID<br>BEGINNING YEAR BALANCE<br>ORIGINATION DATE<br>INTEREST REFUNDED<br>MORTGAGE INSURANCE<br>MORTGAGE POINTS |
|---|---|---|---|---|

* BOX 1 - MORTGAGE INTEREST RECEIVED FROM PAYER(S)/BORROWER(S) **
BOX 2 - OUTSTANDING MORTGAGE PRINCIPAL 0000
BOX 3 - MORTGAGE ORIGINATION DATE
BOX 4 - REFUND OF OVERPAID INTEREST
BOX 5 - MORTGAGE INSURANCE PREMIUMS
BOX 6 - POINTS PAID ON PURCHASE OF PRINCIPAL RESIDENCE
BOX 10 - REAL ESTATE TAXES PAID
BOX 11 - MORTGAGE ACQUISITION DATE

THE INFORMATION IN BOXES 1 THROUGH 9 AND 11 IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THE IRS DETERMINES THAT AN UNDERPAYMENT OF TAX RESULTS BECAUSE YOU OVERSTATED A DEDUCTION FOR THIS MORTGAGE INTEREST OR FOR THESE POINTS REPORTED IN BOXES 1 AND 6; OR BECAUSE YOU DID NOT REPORT THE REFUND OF INTEREST (BOX 4); OR BECAUSE YOU CLAIMED A NON-DEDUCTIBLE ITEM.

** CAUTION: THE AMOUNT SHOWN MAY NOT BE FULLY DEDUCTIBLE BY YOU. LIMITS BASED ON THE LOAN AMOUNT AND THE COST AND VALUE OF THE SECURED PROPERTY MAY APPLY. ALSO, YOU MAY ONLY DEDUCT INTEREST TO THE EXTENT IT WAS INCURRED BY YOU, ACTUALLY PAID BY YOU, AND NOT REIMBURSED BY ANOTHER PERSON.

THIS STATEMENT SERVES AS YOUR MORTGAGE INTEREST STATEMENT (FORM 1098).
COPY B, FOR PAYER

KEEP FOR YOUR RECORDS

DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE