A DESTINATION DEALER
VISION MOTORS

**JASON BROWN <jb@govisionmotors.com>**

## Line of Credit Renewal, Credit Reduction, and Notice of Default

**Luis M. Segrera** <lmsegrera@pinfingroup.com> Fri, Jul 17, 2026 at 9:03 AM
To: JASON BROWN <jb@govisionmotors.com>
Cc: Diana Muhinda <dmuhinda@pinfingroup.com>

Jason,

Thank you for your email.

The decision not to increase the line of credit to $6 million and instead renew the facility at $4.5 million was driven primarily by concerns arising from the continued default status of the Fulton Bank mortgage. As discussed in our recent correspondence, PFG made a payment directly to Fulton Bank in December 2025, intended to bring the first mortgage current Despite that payment, the mortgage continues to be reported as past due.

From PFG's perspective, the existence of an unresolved default on a senior obligation creates a material credit concern. In addition, it raises broader concerns regarding credit risk and the ability to prudently expand our overall relationship. As a result, PFG was not comfortable increasing the line of credit and elected to reduce the commitment as part of the renewal process.

Similarly, the temporary restriction of the floor plan facility to PFG buybacks only, without financing new inventory acquisitions, was implemented as a risk management measure pending resolution of the Fulton Bank matter. Given the uncertainty surrounding the status of the first mortgage and its implications under our agreements, we determined that limiting additional exposure was the most prudent course of action at this time.

At present, the Fulton Bank issue is the principal factor driving both the reduction in the line commitment and the floor plan restrictions. If the matter is resolved and satisfactory evidence is provided confirming that the mortgage is current and no longer in default, PFG would be willing to reevaluate the structure and availability of the credit facilities.

We appreciate your cooperation and remain available to discuss this matter further.

Sincerely,

Luis M. Segrera

Pinnacle Financial Group, Inc.

Office: (301) 652-4700 x 2063

Direct: (240) 660-2063

EXHIBIT
I

[Quoted text hidden]