202510070057243
Prince William County, VA
10/07/2025 12:59 PM Pages: 2
Jacqueline C Smith, Esq., Clerk

| | |
|---|---|
| Prepared by: | Richard A. DuBose, Gebhardt & Smith LLP |
| Return to: | Richard A. DuBose<br>Gebhardt & Smith LLP<br>One South Street, Suite 2200<br>Baltimore, MD 21202 |
| Tax Map #: | 100/01 00/C2B1A//<br>(9145 Centreville Road, Manassas, Virginia 20110) |

# DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEES

THIS DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEES is made as of this 1st day of October, 2025 by FULTON BANK, N.A., a national banking association, having an address of 400 Creekside Drive, Suite 411, Pottstown, Pennsylvania, as beneficiary ("**Lender**"); with VISION PROPERTY HOLDINGS, LLC a Virginia limited liability company, having an address of 9145 Centreville Road, Manassas, Virginia 20110 as grantor for indexing purposes ("**Borrower**"); RESOURCE SERVICE CORPORATION, a Virginia corporation, TRUSTEE (the "**Original Trustee**"), as grantor for indexing purposes; and Lizabeth Lee WALTHER, SUBSTITUTE TRUSTEE, a resident of Culpeper, Virginia, and having an address of 205 West Asher Street, Culpeper, VA 22701, as the herein appointed substitute trustee, as grantee for indexing purposes.

## RECITALS

1. Borrower executed and delivered to the order of the Lender a U.S. Small Business Administration Note, dated July 13, 2023, in the original principal sum of $4,340,000.00, as amended and modified to reduce the maximum principal balance of the Note to $4,215,000.00 by an Allonge to SBA Note, dated February 25, 2024, executed by the Borrower to the order of the Lender (collectively, the "**Note**") to evidence a certain loan extended by the Lender to the Borrower (the "**Loan**").

2. The obligations owed under the Loan and the Note are secured by, among other things, the lien of a Purchase Money Deed of Trust, Assignment of Rents and Leases, Security Agreement and Fixture Filing by and between the Borrower and Original Trustee for the benefit of the Lender dated July 13, 2023 and recorded among the Land Records of Prince William County, Virginia ("**Land Records**") on or about July 14, 2023 at Instrument Number: 202307140036113, securing the original principal sum of $4,340,000.00 (the "**Deed of Trust**").

3. The Lender is currently the sole holder of the Note, still unpaid, and the beneficiary under the Deed of Trust, and has the power to appoint substitute trustees to succeed to all of the rights, powers and duties of the Original Trustees. The Lender desires to remove the Original Trustees and to appoint Lizabeth Lee Walther, Esquire, as substitute trustee in the place and stead of the Original Trustees.

EXHIBIT J

**APPOINTMENT OF SUBSTITUTE TRUSTEE**

NOW, THEREFORE, the Lender, as holder of the Note and beneficiary under the Deed of Trust, hereby removes the Original Trustee, Resource Service Corporation, and appoints Lizabeth Lee Walther, Esquire, 205 West Asher Street, Culpeper, Virginia 22701, as substitute trustee under the Deed of Trust with the full power to sell and with all other rights, powers and duties of the Original Trustee named in the Deed of Trust, in accordance with the terms of the Deed of Trust and as provided in Sections 55.1-320 *et. seq.* of the Virginia Code, as amended.

WITNESS:

[signature]

Fulton Bank, N.A.,
a national banking association

By: [signature]
Virginia Akin
Vice President

**ACKNOWLEDGMENT**

COMMONWEALTH OF VIRGINIA,
CITY OF VIRGINIA BEACH, TO WIT:

I HEREBY CERTIFY that, on this 1st day of October, 2025, before me, the undersigned Notary Public of the jurisdiction aforesaid, personally appeared Virginia Akin personally well known to me (or proven satisfactorily) to be the person who executed the foregoing instrument, and acknowledged herself to be the Vice President of FULTON BANK, N.A., a national banking association, and acknowledged that she, being authorized to do so, executed the foregoing instrument for the purposes therein contained, by signing the name of the Bank by herself as its Vice President.

IN WITNESS MY Hand and Notarial Seal.

Bridget K. Grant (SEAL)
Notary Public

My Commission Expires:

03/31/2028

Bridget Kathleen Grant
Commonwealth of Virginia
Notary Public
Commission No. 295498
My Commission Expires 03/31/28