**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **FULTON BANK, N.A.,** <br><br> ***Plaintiff/Counterclaim Defendant,*** <br><br> **v.** <br><br> **VISION PROPERTY HOLDINGS LLC, et al.,** <br><br> ***Defendants/Counterclaim Plaintiffs.*** | ) | **Civil Action No.: 1:26-CV-02325** |

**ORDER**

This matter came before the Court on the Joint Motion to Extend Deadlines (Dkt. No. 19) (the "Motion") filed herein by the Parties. Upon consideration of the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED IN PART**, and (1) discovery in this action shall be completed on or before February 12, 2027, and (2) the Final Pretrial Conference will be held on Wednesday, February 17, 2027, at 10 a.m.

**ENTERED** this 19th day of October, 2026.

Alexandria, Virginia

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge